IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-419 |
| NASYR HARMON-CATLIN | : |

**O R D E R**

AND NOW, this _19th_ day of _December_, _2024_, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

**ORDERED**

that Indictment No. 21-419 is dismissed as to defendant Nasyr Harmon-Catlin, due to the death of the defendant during the pendency of these proceedings.

BY THE COURT:

_____
HONORABLE GERALD J. PAPPERT
UNITED STATES DISTRICT JUDGE